IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

---

**CHRISTINA VACCARO,**

        **Plaintiff,**

- against -

**MONTE NIDO ROXBURY MILLS,**

        **Defendant.**

Case No. 1:21-cv-01840-SAG

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, that the above-captioned action shall be and hereby is dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), each party to bear their own costs and fees.

Dated: August 26, 2022

DAVIS WRIGHT TREMAINE LLP

By:   */s/Patrick J. Curran Jr.*
Patrick J. Curran Jr. (#18872)
1301 K Street NW, Suite 500 East
Washington DC 20005
(202) 973-4200

Roy P. Salins (*admitted pro hac vice*)
Rodrigo Tranamil (*admitted pro hac vice*)
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
(212) 489-8230
Attorneys for Defendant

BENNETT LEGAL SERVICES, LLC

By:   */s/Paul V. Bennett*
    Paul V. Bennett (#10324)
5457 Twin Knolls Road, Suite 300
Columbia, Maryland 21045
(410) 353-4994
Attorneys for Plaintiff